# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **MAGGI QUILLEN,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:12-cv-1194 |
| v. ) | Judge Aleta A. Trauger |
| ) | |
| **TOUCHSTONE MEDICAL IMAGING LLC,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, the defendant's Motion for Summary Judgment (Docket No. 17) is **GRANTED IN PART and DENIED IN PART**. The plaintiff's FMLA claim is hereby **DISMISSED**. The plaintiff's remaining discrimination claims under the ADA, THRA, and TDA will proceed to trial.

It is so **ORDERED**.

Enter this 18th day of April 2014..

_____
ALETA A. TRAUGER
United States District Judge

1