```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION
```

MAGGI J. QUILLEN,            )
                             )
        Plaintiff            )
                             )      No. 3:12-1194
v.                           )      Judge Trauger/Brown
                             )      **Jury Demand**
TOUCHSTONE MEDICAL IMAGING,  )
                             )
        Defendant            )

### O R D E R

The parties have reached settlement terms in this matter. Accordingly, the parties are requested to submit an order of dismissal to Judge Trauger to dismiss this case with prejudice. The necessary paperwork should be submitted within **30 days** of the entry of this order.

It appears nothing further remains to be done by the undersigned Magistrate Judge and the **Clerk** is directed to return the file to Judge Trauger.

It is so **ORDERED**.

                              /s/ Joe B. Brown
                              JOE B. BROWN
                              United States Magistrate Judge