IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MAGGI QUILLEN, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 3:12-CV-01194 |
| | ) |
| v. | ) JUDGE TRAUGER |
| | ) MAGISTRATE JUDGE BROWN |
| TOUCHSTONE MEDICAL IMAGING, LLC, | ) |
| | ) JURY DEMAND |
| | ) |
| Defendant. | ) |

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

It appears to the Court, as evidenced by the signatures of counsel below, that all matters in dispute among the parties have been resolved and that Plaintiff's Complaint should be dismissed. Accordingly, this case is dismissed with prejudice.

It is so ORDERED.

_____
Judge Aleta A. Trauger

APPROVED FOR ENTRY:

s/ H. Rowan Leathers III
H. Rowan Leathers III (BPR No. 10023)
Butler Snow LLP
150 3rd Avenue South, Suite 1600
Nashville, TN 37201
*Attorneys for Defendant Touchstone Medical Imaging, LLC*


s/ Andy L. Allman
Andy L. Allman (BPR No. 17857)
103 Bluegrass Commons Boulevard
Hendersonville, TN 37075
*Attorneys for Plaintiff Maggi Quillen*

ButlerSnow 22351546v1